EDWARD P. GLOR et al., Appellants, *v.* JAMES W. H. KELLY, as Administrator of JAMES H. KELLY, Deceased, Respondent.

*Glor* v. *Kelly,* 49 App. Div. 617, affirmed.
(Argued February 5, 1901; decided February 26, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 28, 1900, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Henry Adsit Bull* for appellants.

*P. F. King* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, LANDON, CULLEN and WERNER, JJ. Not voting: O'BRIEN, J.